tory Writ of Mandamus, Directed to JAMES A. McQUADE, Register of the County of Kings, Appellant.— Peremptory mandamus order reversed on the law, and application for such order denied, without costs, for the reason that upon the facts appearing in the record on appeal the relator received due notice under section 22 of the Civil Service Law,* and was allowed ample opportunity to explain the charges upon which he was removed. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

ELOF JOHNSON, Appellant, v. JOSEPH BAVETT, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

ELIAH KANTROVITZ, Appellant, v. JACOB SLAFF and LOUIS GINSBURG, Doing Business as SLAFF & GINSBURG, Respondents.— Order of the County Court of Westchester county, setting aside verdict and granting new trial reversed on the law and the facts, and verdict unanimously reinstated, with costs. The ground for the order first stated by the learned trial judge that the verdict was for more than plaintiff demanded was not in accordance with the complaint or the statement prepared by defendants' counsel and submitted to the jury. We think an issue of fact was presented as to the validity of defendants' counterclaims, and that it cannot be said upon the record that the verdict was against the evidence. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

JAMES KILBY and MARGUERITE ALLISON SCOTT, as Executors and Trustees, etc., of CAROLINE L. PECK, Deceased, Respondents, v. JOHN PECK, Individually and as Executor and Trustee, etc., Respondent, Impleaded with CAROLINE WHEELER HANNA and GRIFFITH GARNER SCOTT, Appellants.— Judgment unanimously affirmed, with one bill of costs to the respondents payable out of the estate. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

NATHAN LEVINE, Respondent, v. ARABELLA D. JAY BOLTON, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

MARGARET McKEEVER, an Infant, by ELLEN McKEEVER, Her Guardian ad Litem, Respondent, v. FRED PARISE and PETER J. PARISE, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

M. FRANK SONS & CO., INC., Appellant, v. SAMUEL A. NEIDICH, Respondent, Impleaded with ABNER JACOBSON and Others, Defendants.— Order denying motion to strike out matter in the answer affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant, v. MAURICE B. GOSSETT, Respondent.— Order denying motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

EUGENE POLICASTRO, Respondent, v. SAMUEL JAFFE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL HARRICH,

* Amd. by Laws of 1920, chap. 833.— [REP.